UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYCÉE FRANÇAIS INTERNATIONAL | * | |
| DE LA LOUISIANE | * | CIVIL ACTION NO. 26-946 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: |
| AGENCE POUR L'ENSEIGNEMENT | * | |
| FRANÇAIS À L'ÉTRANGER, A/K/A | * | |
| AGENCY FOR FRENCH | * | MAG. JUDGE: |
| EDUCATION ABROAD | * | |

## NOTICE OF REMOVAL

Defendant, Agence Pour L'enseignement Français à L'étranger, a/k/a Agency for French Education Abroad, ("AEFE") respectfully submits this Notice of Removal.  In support of this Notice of Removal, AEFE states as follows:

### INTRODUCTION

1. On April 21, 2026, plaintiff, Lycée Français International de la Louisiane (Lycée), filed this lawsuit in Civil District Court for the Parish of Orleans, State of Louisiana, where it was assigned Case No. 26-03385.  *See* State Court record, attached as Exhibit A, *in globo*.

2. Lycée seeks injunctive relief against AEFE regarding Lycée's accreditation status and related matters, which Lycée alleges are in the control of AEFE.

3. Because AEFE is a foreign state under 28 U.S.C. § 1603, this Court has jurisdiction under 28 U.S.C. § 1330 ("The district courts shall have original jurisdiction without regard to amount in controversy of any nonjury civil action against a foreign state") and 28 U.S.C. § 1441(d) ("any civil action brought in a State court against a foreign state as defined in section 1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending").

4. The Civil District Court for the Parish of Orleans is a state court within the Eastern District of Louisiana.

## REMOVAL IS TIMELY

5. Lycée filed the lawsuit on April 21, 2026, so the Notice of Removal is being filed within one year of commencement of the action.

6. On April 22, 2026, AEFE received notice of Lycée's petition. Therefore, the Notice of Removal is being filed within 30 days of service of the lawsuit.

7. Although 28 U.S.C. § 1441(d) does not require a case to be removed within a specific time, AEFE submits that AEFE is removing this case to federal court in a reasonable time.

## JURISDICTION

8. The Court has original jurisdiction over this case because AEFE is an agency or instrumentality of a foreign state.

9. 28 U.S.C. § 1330 states:

> The district courts shall have original jurisdiction without regard to amount in controversy of any nonjury civil action against a foreign state as defined in section 1603(a) of this title as to any claim for relief in personam with respect to which the foreign state is not entitled to immunity either under sections 1605-1607 of this title or under any applicable international agreement.

10. 28 U.S.C. § 1441(d) states:

> Any civil action brought in a State court against a foreign state as defined in section 1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending. Upon removal the action shall be tried by the court without jury. Where removal is based upon this subsection, the time limitations of section 1446(b) of this chapter may be enlarged at any time for cause shown.

11. The Foreign Sovereign Immunities Act, 28 U.S.C. § 1603(a), defines "foreign state" to include "a political subdivision of a foreign state or an agency or instrumentality of a foreign state."

12. An "agency or instrumentality of a foreign state" means any entity that "(1) is a separate legal person, corporate or otherwise; (2) which is an organ of a foreign state or political subdivision thereof, and (3) which is neither a citizen of a State of the United States nor created under the laws of any third country." 28 U.S.C. § 1603(b).

13. Although there is no "clear test" for determining whether an entity is an "organ of a foreign state," the Fifth Circuit has adopted five-factor framework:

> (1) whether the foreign state created the entity for a national purpose; (2) whether the foreign state actively supervises the entity; (3) whether the foreign state requires the hiring of public employees and pays their salaries; (4) whether the entity holds exclusive rights to some right in the [foreign] country; and (5) how the entity is treated under foreign state law.

*Bd. of Regents of Univ. of Texas Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 279 (5th Cir. 2007) (quoting *Kelly v. Syria Shell Petroleum Dev. B.V.*, 213 F.3d 841, 846-847 (5th Cir. 2000)).

14. As detailed in the Declaration of Claudia Scherer-Effosse, attached hereto as Exhibit B, AEFE is a public institution created by the French government and placed under the supervision of the Ministry of Europe and Foreign Affairs and the Ministry of Education, departments within the Executive Branch of the French government. AEFE serves the national purposes of promoting access to French education for French children residing abroad and acting as a diplomatic tool for France by promoting French language, culture, and values abroad. AEFE's operations are governed by the French Education Code. AEFE is funded by French public funds.

15. AEFE, therefore, is a foreign state.

**NONWAIVER OF SOVEREIGN IMMUNITY**

16. By filing this removal, AEFE is not waiving sovereign immunity under the Foreign Sovereign Immunities Act. *Rodriguez v. Transnave Inc.*, 8 F.3d 284, 289 (5th Cir. 1993) ("[R]emoval by a foreign sovereign is explicitly authorized by 28 U.S.C. 1441(d) and clearly cannot constitute waiver."). AEFE reserves all rights to assert its immunity to suit.

**CONCLUSION**

17. These above facts confer upon this Court original jurisdiction 28 U.S.C. § 1330 and 28 U.S.C. § 1441(d). Accordingly, AEFE requests that this Court assumes jurisdiction over this case.

Respectfully submitted,

*/s/ Patrick J. Lorio*

H. Minor Pipes, III, 24603
Jeffrey Clayman, 30442
Patrick J. Lorio, 38328
PIPES | MILES | BECKMAN, LLC
1100 Poydras Street, Suite 3300
New Orleans, Louisiana 70163
Telephone: (504) 322-7070
Fax: (504) 322-7520
mpipes@pipesmiles.com
jclayman@pipesmiles.com
plorio@pipesmiles.com

*Counsel for Agence Pour L'enseignement Français à L'étranger, a/k/a Agency for French Education Abroad*