UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYCEE FRANÇAIS INTERNATIONAL DE LA LOUISIANE | * * * | CIVIL ACTION NO. |
| VERSUS | * * | |
| AGENCE POUR L'ENSEIGNEMENT FRANÇAIS A L'ETRANGER, A/K/A AGENCY FOR FRENCH EDUCATION ABROAD | * * * * * | JUDGE: MAG. JUDGE: |

## DECLARATION OF CLAUDIA SCHERER-EFFOSSE

Pursuant to 28 U.S. Code § 1746, I hereby declare, under penalty of perjury, as follows:

1)  My name is Claudia Scherer-Effosse.  I am over twenty-one (21) years of age, have personal knowledge of the matters and facts as set forth herein, and I am competent to testify to such matters and facts.

2)  I am Director General of the Agence Pour l'Enseignement Français à l'Etranger, also known as the Agency for French Education Abroad, ("AEFE"), appointed by decree of the President of the French Republic.

3)  The information contained in this declaration is either within my personal knowledge and/or has been gathered based upon my review of AEFE's records, which are maintained in the normal course of business by AEFE and accessible to me.

4)  AEFE is a national public administrative establishment in France. It is placed under the supervision of the Ministry for Europe and Foreign Affairs, a ministry within the executive branch of the French Government.

5)  AEFE was created by law on July 6, 1990 for the dual national purpose of (i) ensuring the continuity of France's public education for French children living outside of France and (ii) acting as a diplomatic tool for France by promoting French language, culture, and values abroad.

6)  AEFE is closely supervised by the French Government, both by the Ministry of Europe and Foreign Affairs as well as the Ministry of Education.

7)  AEFE's Board of Governors include, among others, French ministries representatives, members of parliament, and French civil servants.

8)  AEFE's operations are governed by the French Education Code.

**EXHIBIT B**

9)    AEFE is a not-for-profit body.

10)   AEFE receives French public funds to implement its operations.

11)   AEFE is not a citizen of any State within the United States or any country.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

La Directrice générale de l'AEFE

CLAUDIA SCHERER-EFFOSSE
Claudia SCHERER-EFFOSSE

Date: ___2026/05/04___

2

4926-5240-6440, v. 1