UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYCÉE FRANÇAIS INTERNATIONAL | * | |
| DE LA LOUISIANE | * | CIVIL ACTION NO. 26-946 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: |
| AGENCE POUR L'ENSEIGNEMENT | * | |
| FRANÇAIS À L'ÉTRANGER, A/K/A | * | |
| AGENCY FOR FRENCH | * | MAG. JUDGE: |
| EDUCATION ABROAD | * | |

**AGENCE POUR L'ENSEIGNEMENT FRANÇAIS À L'ÉTRANGER,
A/K/A AGENCY FOR FRENCH EDUCATION ABROAD'S
<u>NOTICE OF REMOVAL TO ADVERSE PARTY</u>**

**To:**    **Lycée Français International De La Louisiane**
*Through Counsel of Record*:
Mark R. Beebe (Mark.Beebe@arlaw.com)
Lee C. Reid (Lee.Reid@arlaw.com)
John F. Pontin, V (Jack.Pontin@arlaw.com)
Adams and Reese LLP
701 Poydras St., Ste. 4500
New Orleans, LA  70139
Telephone: (504) 581-3234
Fax: (504-566-0210)

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United

States Court for the Eastern District of Louisiana, on May 4, 2026.

A copy of said Notice of Removal is attached to this Notice and is served and filed therewith.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully submitted,

*/s/ Patrick J. Lorio*
H. Minor Pipes, III, 24603
Jeffrey A. Clayman, 30442
Patrick J. Lorio, 38328
PIPES | MILES | BECKMAN, LLC
1100 Poydras Street, Suite 3300
New Orleans, Louisiana 70163
Telephone: (504) 322-7070
Fax: (504) 322-7520
mpipes@pipesmiles.com
jclayman@pipesmiles.com
plorio@pipesmiles.com


*Attorneys for Defendant, Agence Pour
L'Énseignement Français À L'Étranger, AEFE
a/k/a Agency for French Education Abroad*

2