UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYCEE FRANÇAIS INTERNATIONAL DE LA LOUISIANE | * * * | CIVIL ACTION NO. 26-00946 |
| VERSUS | * * | |
| | * | JUDGE: JANE TRICHE MILAZZO |
| AGENCE POUR L'ENSEIGNEMENT FRANÇAIS A L'ETRANGER, A/K/A AGENCY FOR FRENCH EDUCATION ABROAD | * * * * | MAG. JUDGE: JANIS VAN MEERVELD |

**AGENCE POUR L'ENSEIGNEMENT FRANÇAIS À L'ÉTRANGER'S
<u>MOTION TO DISMISS</u>**

Defendant, Agence Pour L'enseignement Français à L'étranger, a/k/a Agency for French Education Abroad, ("the AEFE") respectfully moves the Court to dismiss this case on two bases.

First, the Court should dismiss this case pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction. The AEFE is a foreign state, which is immune from suit under the Foreign Sovereign Immunities Act ("FSIA"). No exception to the FSIA applies because "[t]he granting of accreditation to a private school by a foreign government is by its very nature a sovereign function, incapable of being performed by a private individual [and] ... the welfare and education of its citizenry is ... an area where sovereign activity is typically asserted." *City School of Detroit v. Government of France*, 1990 U.S. Dist. LEXIS 19577, at *9–*10 (E.D. Mich. 1990).

Second, the Court should dismiss this case based on *forum non conveniens* and the international comity abstention doctrine. Having tried and failed ***three times*** to obtain relief in French courts, Lycée Français filed this lawsuit, asking a Louisiana state court to dictate how a foreign state accredits schools. There is ongoing litigation in the French courts between Lycée Français and the French Government related to the same issues presented by Lycée Français in this lawsuit. Indeed, French courts already denied the preliminary injunctive relief sought by Lycée Français, and the permanent injunctive relief is currently being litigated in two lawsuits in

France.  Even if the AEFE was not immune from suit (which it is), the Court should dismiss this case, allowing the parties to litigate this dispute in France, which is the superior forum.

In support of this motion, the AEFE submits the following exhibits:

| | |
|---|---|
| Exhibit A | Collaboration Agreement |
| Exhibit B | Declaration of Claudia Scherer-Effosse |
| Exhibit C | Decision of Tribunal Administratif de Paris dated January 20, 2026[1] |
| Exhibit D | Decision of Tribunal Administratif de Paris dated March 31, 2026 |
| Exhibit E | Decision of Tribunal Administratif de Paris dated April 9, 2026 |

The Court should grant the AEFE's Motion to Dismiss and dismiss this lawsuit, allowing the French courts to adjudicate this dispute.

Respectfully submitted,

/s/  Patrick J. Lorio
H. Minor Pipes, III, 24603
Jeffrey Clayman, 30442
Patrick J. Lorio, 38328
PIPES | MILES | BECKMAN, LLC
1100 Poydras Street, Suite 3300
New Orleans, Louisiana 70163
Telephone: (504) 322-7070
Fax: (504) 322-7520
mpipes@pipesmiles.com
jclayman@pipesmiles.com
plorio@pipesmiles.com

*Counsel for Agence Pour L'enseignement Français à L'étranger, a/k/a Agency for French Education Abroad*

---

[1] Both the original decisions in French and a copy translated by Microsoft Copilot (and checked for accuracy by a French-speaking attorney) are provided.  The AEFE is working to obtain certified translations and can provide them to the Court.

2