

agence pour
l'enseignement
français
à l'étranger

## COLLABORATION AGREEMENT

Between

*L'Agence pour l'Enseignement Français à l'Etranger* (Agency for French Education Abroad), hereinafter referred to as the AEFE, represented by its Director

And   Lycée Français de la Nouvelle-Orléans

*(Name of school)*, hereinafter referred to as the school, represented by *(name of representative)*

The following grounds apply to the AEFE:
With regard to articles L 452-1 to L 452-10 of the French Code of Education;

With regard to articles R 541-1 to R 451-15 of the French Code of Education;

With regard to articles D 452-1 to D 452-21 of the French Code of Education;

With regard to the yearly interdepartmental decree establishing the list of French schools abroad, pursuant to the Code of Education, specifically its articles R 451-1 to R 451-14;

With regard to the Charter for French Education Abroad adopted by the board of directors of the AEFE on December 10, 2007;

With regard to the decree of the board of directors of the AEFE dating May 11, 2011, foreseeing the participation of schools in the operation of the network.

The present agreement is subject to local law enforced in the state where the signatory school is located.

### Preamble

The AEFE has adopted the Charter for French Education Abroad.

The AEFE and the school agree to collaborate together and with other schools signatory to the present agreement in order to implement a certain number of services in the framework of the aforementioned Charter.

It is therefore agreed and decided that:

1

**EXHIBIT A**

**Article 1: Scope**

This partnership agreement applies to all levels and programs of education at the school that are accredited by the French Ministry of National Education.

**Article 2: The commitments of the AEFE**

Within the framework of the Charter's implementation, the AEFE commits, with the help of the resources of its central and local teams, to providing the services specified in the annex.

**Article 3: The commitments of the school**

The school has taken note of the Charter for French Education Abroad.

The school makes a commitment to:

a. Respect the rules and accreditation criteria of the French Ministry of National Education, solely qualified to deliver accreditation;

b. Prepare the students for the *Socle Commun de Compétences et de Connaissances* (common basis of knowledge and skills) and for French exams (*Diplôme National du Brevet et baccalauréat*) by effectively following the French national curriculum and by giving priority to bi-national diplomas with an international focus such as the French-American Baccalaureat or the "Option Internationale du Baccalauréat";

c. Reinforce the use of the host country's language by promoting the implementation of bilingual French/English or trilingual programs;

d. Preserve the professional training and education level of teaching staff required by accreditation, and recruit teachers licensed by the French Ministry of National Education as needed;

e. Inform the AEFE of changes in tuition fees;

f. When financial aid is provided by the French Government, provide the AEFE with an annual audited financial report. If the institutions are non-profit schools, they may provide the AEFE with a practical way (internet link for example) of accessing financial documents published within the framework of local regulations;

g. Provide the AEFE with the back-to-school survey (*enquête de rentrée*);

h. Actively participate in the AEFE network of schools offering the French national curriculum;

i. Host and facilitate visits organized by the AEFE.

**Article 4: Financial provisions**

The cost of the services described in Art. 2 will be paid to a mutual society (named the "Society for French Schools in North America", hereafter referred to as "the society") established under Canadian law that will be created in the form of a fixed annual contribution per student enrolled in the school's accredited levels (the number of students taken into account is the number declared to the AEFE in the back-to-school survey). A description of the society is attached in the annex.

The cost may change within the limits established in Art. 6.

The school pays its contribution upon presentation of an invoice issued by the society treasurer who is responsible for managing the society's funds (Art. 5).

The schools are responsible for travel and hotel expenses for the staff and board members of the partner institutions who take part in activities organized by the AEFE and/or the society, in particular the annual seminar.

The training sessions offered to staff within the framework of the regional training plan are included in the general contribution of the schools signatory to the present agreement. Nevertheless, the travel and hotel expenses for participants in training sessions are the responsibility of the employer.

The AEFE agrees to pay the society a subsidy corresponding to the amount contributed by the schools that are under contract with the AEFE (écoles conventionnées) in the zone (deducted from the school's contribution to the network fees).

The AEFE also agrees to pay the society a yearly subsidy for each student enrolled in a school that is a member of the Mission Laïque Française (MLF) network, corresponding to the participation of schools in the zone that adhere to or are affiliated with the MLF. This participation, in accordance with the agreement between the AEFE and the MLF, gives schools linked to the MLF access to the services offered by the AEFE in the North American zone (including the annual seminar), except for professional training. The schools that adhere to or are affiliated with the MLF will have access to training sessions that are part of their region's training plan for a fixed daily price per training session participant. This last benefit will be conferred upon presentation of an invoice issued by the society treasurer.

The sums of the various contributions are specified in the annex (provisional budget).

**Article 5: Mutual Society**

The mutual society is managed by its board of directors (article 6).

The management of the society's funds, consisting of the contributions of the academic institutions partnered with the AEFE in this region of the world, is trusted to the chief of administrative and financial services (CSAF) of the Lycée Claudel, under contract with the AEFE, who will fill the position of treasurer of the society. The principal of the Lycée Claudel will fill the position of vice president of the society.

3

The expenses taken on by the society will be approved by the society's board of directors.

The AEFE vouches for the independence and the stability of the society.

The executive committee (article 6) acts under the supervision of the society's board of directors and draws up the budget for the society.  This budget must make provisions for the operating budget of the IEN and pedagogical advisors as well as the financing of at least one business trip by the central services of the AEFE to visit an accredited school – a business trip for 2 people lasting 48 hours.

For the record, the society's main expenditures shall relate to:

- The operating budget of the IEN and pedagogical advisors (including the secretary of the IEN)
- The organization of training sessions for continuing education
- The promotion of French education in North America
- Internal communication tools (including website)
- Information on counselling for French higher education
- Subsidies for organizing French exams (in addition to family contributions, which will be maintained at a reasonable level)
- Annual seminar for the heads of schools and primary schools directors in the North American network
- Annual seminar for the Presidents of the Board and management committees
- Training seminar for newly recruited personnel in Paris.

The purpose of the society is to finance the services provided to the schools as described in Art. 2.

The principle of good conduct of the board of directors allows for a percentage of the society's revenue (5% maximum) to be used to cover the inherent costs of management, especially hotel and travel expenses (article 6).  Following this same principle, the society's budget will also cover salaries for staff under local contracts necessary to the management and implementation of policies defined by the board of directors.

According to the needs identified by the board of directors, and insofar as they do not impact the society's annual budgetary balance, additional occasional or recurring services may be offered to the schools.

**Article 6: Board of directors of the society**

The board of directors shall define the zone's major policy and financial points of focus.

The mission of the board of directors is to:

- Provide the services listed in Article 2 to the schools, members of the society, and provide additional services within the society's budgetary limits
- Evaluate the services provided to the schools
- Inform the schools, the AEFE and the diplomatic posts of the provision of these services and their evaluation.

4

In the event of a duly established variation in costs, the board of directors can propose to the AEFE and to the partner/member schools that the annual contribution amount, and/or the flat-rate fee for participation in professional training sessions paid by MLF schools and other schools not signatory to the present agreement, be modified.

The board of directors shall include the following members:

- one cultural attaché from the educational institutions service;
- six principals of accredited schools;
- a financial director from an accredited school;
- a principal from the Centre for the administration of exams in the United States;
- a principal from the Centre for the administration of exams in Canada;
- a principal posted at College Stanislas
- an inspector from Education nationale for North America;
- two educational advisers for North America;

- a principal posted at Lycée Claudel;

- a management level staff person of Lycée Claudel;
- a representative of Mission Laïque Française of North America.

All members of the board of directors have voting rights and no member holds a deciding vote. The members of the board of directors are elected by society members during the seminar for the heads of schools in the zone. The length of the term of office for members of the board of directors is two years. This mandate may be renewed, without limit to the number of terms, for a period of two years.

The president and the secretary are elected by the board of directors. The length of their respective terms is two years, renewable.

The working language of the board of directors shall be French.

The board of directors shall meet at least two times per year, one of which must be before the annual fall seminar for the heads of schools and directors. Hotel expenses associated with the board of directors' meetings shall be paid for by the society.

The board of directors shall prepare the regional plan for continuing education, before the fall seminar and in the framework of training sessions outlined by the pedagogical service of the AEFE, and shall assure its implementation.

The board of directors may, as necessary, invite experts to its meetings (guidance counsellors, fund-raising specialists, heads of schools, etc.).

With respect to its day-to-day operation, the board of directors shall designate an executive committee comprised of the president, vice president, secretary and treasurer of the society as well as the attaché culturel and the IEN, granted that neither the attaché culturel or the IEN already holds one of the elective positions on the board.

The executive committee assures the daily management on which they reports regularly to the board of directors.

The executive committee shall be responsible for drawing up agendas for board of directors meetings, formulating the budget (article 5), preparing documents and presentations necessary to the proper execution of these meetings, and assuring the follow-up for decisions made by the board of directors.

Travel and hotel expenses associated with the executive committee's meetings shall be paid for by the society.

Each year, before June 30th, the board of directors shall adopt the budget at the instigation of the treasurer who will have already taken care to have the proposal validated by the AEFE. This budget shall be presented to the schools.

At the end of the school year, the board of directors shall submit to the AEFE an annual report and statement of income, which will be presented to the schools at the fall seminar.

### Article 7: Implementation of the agreement

The present agreement shall take effect on September 1, 2014 and will remain in effect until its termination.

It may be terminated, effective the following school year, at the request of either party, provided at least 3 months notice is given before September 1 of the school year in progress.

The agreement cannot be terminated during the school year, except if the school's accreditation is not renewed by the French Ministry of National Education or the institution closes.

Signed in …………….. on …………..

For the AEFE,

Director
La directrice

Hélène FARNAUD-DEFROMONT

For the school,

*Alyman Mills* '7 Sept 14

President of the managing association or
Chair of the Board

6

# ANNEXES

ANNEX 1:    Commitments of the AEFE

ANNEX 2:     Indicative provisional budget

ANNEX 3:    Executive summary of proposed corporation for French schools in North America

**ANNEX 1: COMMITMENTS OF THE AEFE**

a) **Educational advice and assistance with the goal of guaranteeing accreditation and reinforcing school efficiency**

   – Regular visits offering expertise from the IEN and the head of the *service des établissements scolaires*, with a visit at least once every two years. These visits will assess the pedagogical strengths and weaknesses of the school and offer an accreditation compliance review (hours, curriculum, quality of teaching);
   – Yearly (or more frequent) visits by pedagogical advisors;
   – Assistance with the school's strategic and educational planning;
   – Assistance with organizing, coordinating and monitoring educational projects;
   – Assistance with organizing subject-based inspections at the secondary level.

b) **Continuing education for teachers and staff**

   – Development of a local plan for professional training based on the needs of the zone in compliance with the priorities of the educational department of the AEFE
   – Organization of training sessions
   – Follow-up and evaluation of training sessions
   – Educational workshops for teachers or educational staff

c) **Coordination and organization**

   – Access to the annual meeting for heads of school and principals of French primary and secondary schools in the North American network;
   – Access to the annual meeting of the Board Chairs;
   – Organization of unifying inter-school projects;
   – Access to the network's web-sites and documentary resources;
   – Assistance with organizing French exams (*brevet* and *baccalauréat*) with the goal of controlling increases in enrolment costs for families.

d) **Promotion and communication service**

   – Creation and provision of communication tools for parents and outside partners;
   – Promotion at North American universities.

e) **Assistance with guidance and information on French higher education**
   – Visits by guidance counsellors from the AEFE;
   – Distribution of information on French higher education, in partnership with the French organizations *Campus France* and *ONISEP*.

f) **Management support for personnel transferred from the French Ministry of Education and support for human resource policies at schools**

   – Publication of available positions on the North American website, with links on the AEFE's website, and provision of an office in Paris where schools can conduct recruitment interviews;

- Administrative follow-up of French Ministry of National Education personnel;
- Administrative career management advice;
- Inspection of personnel licensed by the French Ministry of National, regardless of their status;
- Yearly organization in Paris of a training and preparation day for all personnel newly recruited in France.

**g) Financial aid for French families**

- Processing of applications for scholarships and financial aid, with the support of the diplomatic posts.

**h) Assistance with various projects**

- Eligibility for AEFE subsidies (notably Pilot Education Initiatives)
- Technical guidance for the organization of a real-estate initiative

## ANNEX 2 – INDICATIVE PROVISIONAL BUDGET

**Fixed contribution of $30 per student per year for accredited primary classes, and $40 per student per year for accredited secondary classes.**

| ESTIMATED EXPENSES | | ESTIMATED REVENUES * | |
|---|---|---|---|
| IEN + CP Budget (1) | 100,000 USD | Contribution of accredited schools- non MLF members ($40 per secondary student per year and $30 per elementary student) | 232,990 USD |
| Promotion of French Programs (2) | 55,000 USD | | |
| Communication/Promotion (3) | 10,000 USD | | |
| Orientation (4) | 28,026 USD | | |
| Exams Subsidy (5) | 49,000 USD | MLF contribution (paid by the AEFE, $10 per student per year) | 50,200 USD |
| Annual Seminar (6) | 70,000 USD | | |
| Collective Educational and Athletic Activities (7) | 10,000 USD | AEFE subsidy for « écoles conventionnées » | 127,100 USD |
| Miscellaneous Operations (8) | 12,984 USD | | |
| Provision for one AEFE business trip (9) | 5,000 USD | MLF members and other schools participation in professional training sessions $75 per day per participant | 22,500 USD |
| Salary for a secretary (10) | 20,000 USD | | |
| Professional training (11) | 72,780 USD | | |
| TOTAL | 432,790 USD | TOTAL | 432 790 USD |

* The estimate for the participation in training sessions is based on session attendance in 2009/2010, at a rate of $75 per day per participant. This fee will be paid only by schools not signatory to the collaboration agreement with the AEFE – notably schools subscribing to and affiliated with the MLF. The estimate here is based on 300 training participants, which is a low estimate.

| *The AEFE no longer pays*: | *The AEFE still pays*: |
|---|---|
| IEN Budget<br>Exams Subsidy<br>Aid for Orientation (Aide Pour l'Orientation, APO)<br>Professional training subsidy | Aid for Pedagogical Projects (Aide pour les projets Pédagogique, APP) – to be paid directly to member schools upon their calls for projects |

*Notes :*

(1) - *Budget for the « Inspecteur de l'Education nationale » (IEN) and for Pedagogical Advisors (« Conseillers Pédagogiques » (CP)) calculated based on their current 2010/2011 budget slightly augmented to account for more school visits.  The IEN benefits from the services of a part-time secretary whose salary is included in this budget.*

(2) – *To promote French programs at universities and North American partners, a qualified part-time worker seems necessary.*

(3) – *A budget for the professionalization of promotional and communication tools also seems necessary, this can be supervised by the person in charge of promotion at universities [see (2)].*

(4) – *There is overwhelming support for an orientation trip to France (the budget calculated here accounts for a future expansion into Canada) and we should also plan to bring orientation advisors from France to speak in high schools.*

(5) – *Testing registration fees continue to rise and we would like to be able to offset these higher costs.  The testing subsidy, which could be deposited to the account of the" service des examens", is calculated here based on an estimate of $70 per candidate.*

(6) – *The cost of the annual seminar  for heads of school + the annual meeting of the Board chairs is evaluated here based on the cost of the meeting in San Francisco (November 2010).*

(7) – *There are more and more requests from schools for educational, artistic and athletic initiatives in the zone (arts festival, organization of Americas Soccer Tournament, math rally, etc.).  These actions reinforce the notion of a network and are important for the profiles of our students.  The anticipated cost listed here is estimated, based on several past initiatives.*

(8) – *Most of the day to day expenses will be covered by Lycée Claudel. This amount is aimed therefore to cover the hotel expenses associated with the board of directors' meetings and the travel and hotel expenses associated with the executive committee's meetings. The estimation corresponds to 3% of the global budget, therefore below the 5% ceiling (article 5).*

(9) – *According to article 5*

(10) – *The Head of Administrative and Financial Services at the Lycée Claudel will be responsible for the daily management of the association; but he or she will need to be assisted by a part-time worker whose salary is estimated here.*

(11) – *The cost of professional training (aside from the annual meeting) is estimated here based on the organization costs for training sessions in 2009/2010 in the zone.*

11

**ANNEX 3 – EXECUTIVE SUMMARY OF PROPOSED CORPORATION FOR FRENCH SCHOOLS IN NORTH AMERICA**

TEXT SUMMITTED BY LAW FIRM GOWLINGS, OTTAWA ON

The proposed mutual benefit fund described in the "Accord de collaboration" between the AEFE and certain French schools in North America would be established as a fund managed and controlled by a separate legal entity, for the benefit of those French schools in North America which have entered into an "Accord de collaboration" with the AEFE.

The separate legal entity would be a not-for-profit, non-share corporation, with its own separate existence, incorporated pursuant to the Canada *Corporations Act*. The proposed name of the corporation would be Society of French Schools in North America/Société des écoles à programme français en Amérique du Nord. Its purposes would be to support and advance the interests and integrity of its members and to promote the French education system by:

(a) providing counsel and assistance with respect to teaching skills and educational methods, with a view to ensuring accreditation and to strengthen academic efficiency;
(b) ensuring the continuing education of the teaching staff and principals and vice-principals of the members;
(c) coordinating and hosting the network for French schools in North America;
(d) developing communication and promotional materials for the members;
(e) assisting with academic guidance and information projects with regards to French higher education;
(f) assisting with the management of personnel seconded by the French Ministère de l'Éducation nationale and supporting human resources policy of the members.

The members of the corporation would be accredited schools linked to AEFE by "accord de collaboration" or "convention", situated in North America (USA and Canada). In order to remain a member of the corporation in good standing, an accredited school would have to be current in paying (directly or by the AEFE on behalf of "écoles conventionnées") any dues assessed by the corporation to such school. The dues assessed and collected by the corporation would form the basis for the fund that would be used by the corporation to accomplish the purposes set out above.

The corporation would be managed by a board of directors elected by the members and composed of the following:

- one cultural attaché from the educational institutions service;
- two primary school principals of accredited schools;
- two principals of accredited high schools;
- a financial director from an accredited school;
- a principal from the Centre for the administration of exams in the United States;
- a principal from the Centre for the administration of exams in Canada;
- an inspector from Éducation nationale for North America;
- two educational advisers for North America;

- a principal posted at Lycée Claudel;

- a management level staff person of Lycée Claudel;

12

- a representative of Mission Laïque Française of North America.

The officers would be composed of a President, Vice-President, Secretary and Treasurer. The President and the Secretary would be elected by the board of directors. The office of Vice-President would be occupied by the Proviseur of Lycée Claudel and the office of Treasurer would be occupied by the Chef comptable of Lycée Claudel. Decisions regarding the use of the corporation's funds would be subject to board approval and funds could not be withdrawn from the corporation's bank account without the signatures of both the Vice-President and the Treasurer.

As regards the annual budget of the corporation, the Treasurer would be responsible for preparing the budget, submitting it to the AEFE for their review and comments and for submitting the budget, as revised further to the AEFE's review, to the Board of Directors for their approval. The Treasurer would report to the board of directors on all financial matters relating to the corporation.

The head office of the corporation would be situated at Lycée Claudel and Lycée Claudel would provide administrative support to the corporation (e.g., telecommunication services, maintenance of files and documents, etc.) free of charge.

13